UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Don Dandridge            Docket No. 5:18-CR-128-1FL

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Don Dandridge, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Marijuana 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(D), and 21 U.S.C. § 851 and Attempt to Obtain Marijuana by a Federal Inmate 18 U.S.C. §§ 1791(a)(2) and 1791(b)(3), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 1, 2019, to the custody of the Bureau of Prisons for a term of 16 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Don Dandridge was released from custody on February 21, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant received a substance abuse assessment on March 9, 2020. The results of that assessment did not recommend further substance abuse treatment. However, it was indicated that the defendant could benefit from participation in mental health treatment as he voiced concern over depression, anxiety, and collapsed social networks. Upon discussion of this with both the treatment provider and the U.S. Probation Officer, the defendant agreed that mental health treatment would be beneficial during his reentry process. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy            /s/ Taylor R. O'Neil
Maurice J. Foy            Taylor R. O'Neil
Supervising U.S. Probation Officer            U.S. Probation Officer
           310 New Bern Avenue, Room 610
           Raleigh, NC 27601-1441
           Phone: 919-861-8698
           Executed On: March 10, 2020

**ORDER OF THE COURT**

Considered and ordered this 19th day of March, 2020, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge